

IN THE
TENTH COURT OF APPEALS

No. 10-16-00094-CV

COLETTE SAVAGE,

Appellant

v.

MARK SAVAGE,

Appellee

From the 66th District Court
Hill County, Texas
Trial Court No. 52939

MEMORANDUM OPINION

Appellant Colette Savage filed a pro se notice of appeal stating that she is appealing two orders: (1) the "Order Granting Dismissal of McDonald as Defendant and Ordering Sanctions Against Colette Clara Savage" and (2) the "Order Regarding Requests for Admissions Filed by Colette Savage." Both orders were signed by the trial court on February 17, 2016. However, all pending parties and claims have not been disposed of in this case; therefore, there is no final judgment. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 192-93 (Tex. 2001).

This Court has no jurisdiction to hear an appeal from a judgment that is not final, unless there is specific statutory authority permitting an appeal before final judgment. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.012 (West 2015). None of the exceptions to the rule that only final judgments can be appealed applies in this case. *See id.* § 51.014 (West Supp. 2015) (listing interlocutory judgments that may be appealed before final judgment is rendered in the case).

We notified Appellant that her appeal might be dismissed for want of jurisdiction unless she filed a response within ten days showing grounds for continuing the appeal. Appellant filed a response, but it does not show grounds for continuing the appeal. This appeal is therefore dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3. Appellant's request for more time to conduct more research is dismissed as moot.


REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Dismissed
Opinion delivered and filed April 28, 2016
[CV06]

